No. 66337.—The City of New York v. United States, protest 329808–K (Ogdensburg).

Opinion by FORD, J.   In accordance with oral stipulation that the involved merchandise, a "beam therapy apparatus rotational model and parts" for the treatment of malignant growths, is of the class or kind provided for in Public Law 87–95, the claim of the plaintiff was sustained.